# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2491. TYRONE REEVES v. THE STATE.**

This appeal was docketed on August 15, 2013. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file enumeration of errors and briefs within 20 days of the date of docketing of the appeal. Therefore, appellant's brief and enumeration of errors were due no later than September 4, 2013. Appellant has neither filed a brief and enumeration of errors nor requested an extension of time in which to do so.

Accordingly, this appeal is DISMISSED because appellant failed to file a brief and enumeration of errors. If appellant has decided not to appeal, no further action is required. However, if appellant wishes to proceed with the appeal, appellant may have the right to an OUT-OF-TIME APPEAL provided appellant exercises that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied you may appeal that denial to this court within thirty (30) days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,* 11/07/2013
　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*